UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CAMILLO-AMISANO,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>  Defendants. | Case No. 17-cv-04304 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a federal prisoner currently housed at the United States Penitentiary – Lompoc, located in Lompoc, California, has filed a *pro se* action pursuant to *Bivens vs. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).[1]  Lompoc is located in Santa Barbara County, which is located in the Central District of California.  *See* 28 U.S.C. § 84(b).  Venue therefore is proper in the Central District of California, and not in this one.  *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Central District of

---

[1] Plaintiff has consented to magistrate judge jurisdiction.  Dkt. No. 6.

Case No. 17-cv-04304  NC (PR)
ORDER OF TRANSFER

1

California.  The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED:    September 6, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-04304 NC (PR)
ORDER OF TRANSFER

2