JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILLIP CAMILLO-AMISANO, | ) No. CV 17-06634-ODW (JDE) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| FEDERAL BUREAU OF PRISONS, et al, | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: November 12, 2019

_____
OTIS D. WRIGHT, II
United States District Judge